IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUPGEAR CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>PETER PALMER, MICROFINE, INC., POOCH PAD PRODUCTS, INC., JOHN MARTIN, LISA MARIE MARTIN, JOHN F. JOHNSTON, CHARLES BROWN, SOBERANIS AND ASSOCIATES<br><br>  Defendants.<br>_____/ | No. C 12-1856 SI<br><br>**ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER; SETTING SCHEDULE FOR PRELIMINARY INJUNCTION HEARING** |

On April 13, 2012, plaintiff Pupgear Corporation ("Pupgear"), a manufacturer and distributor of consumer pet products, filed a complaint alleging fourteen causes of action arising from the alleged infringement of its products by defendants. Dkt. 1. On May 1, 2012, Pupgear filed a "Notice of Application For Order to Show Cause and Temporary Restraining Order," seeking a temporary restraining order ("TRO") to enjoin defendants from, *inter alia*, selling the allegedly infringing products or contacting any new customers. Dkt. 6-2. Along with that notice, plaintiff filed a motion for preliminary injunction. Dkt. 7. On May 4, 2012, defendants Microfine, Inc., John Martin and Lisa Martin filed an opposition to the application for temporary restraining order. Dkt. 19. Named defendants Peter Palmer, John Johnston, Charles Brown, Soberanis and Associates, Inc., and Tina Soberanis, have not yet appeared in this action.

The Court finds that a TRO is inappropriate at this time; instead, the Court will set an expedited

schedule for hearing on plaintiff's motion for preliminary injunction. Plaintiff's motion has already been submitted. Dkt. 7. Defendants' opposition(s) to the motion shall be due by **May 14, 2012.** Plaintiff's reply is due by **May 18, 2012**. The hearing will be held on **Friday May 25, 2012**, **at 10 A.M.** If the parties want to stipulate to a different briefing schedule, they may do so.

**IT IS SO ORDERED.**

Dated: May 7, 2012

SUSAN ILLSTON
United States District Judge